JAMES BROOKS, RESPONDENT, v. GREAT AMERICAN IN-DEMNITY COMPANY, APPELLANT.

Submitted October 29, 1937—Decided January 26, 1938.

For the appellant, *Kremer & Proctor.*

For the respondent, *Quinn, Parsons & Doremus.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Lloyd, Bodine, Donges, Heher, Hetfield, Dear, Wells, Wolfs-Keil, Rafferty, Walker, JJ. 12.

*For reversal*—None.